**Stuart B. Wolfe (SBN 156471)**
**Natilee S. Riedman (SBN 257871)**
**nsriedman@wolfewyman.com**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

Attorneys for Defendant
**FIRST FRANKLIN FINANCIAL CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING CO., FIRST FRANKLIN, a division of NATION CITY BANK, NDEX WEST LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DRAKE MORTGAGE, MICHAEL D. DRAKE and DOES 1-20 inclusive,<br><br>  Defendants. | Case No. 2:09-CV-01939-JAM-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiff KIMBERLY THOMAS (hereinafter "Plaintiff") and Defendant FIRST FRANKLIN FINANCIAL CORPORATION (erroneously sued as "First Franklin, a division of Nation City Bank") (hereinafter "FFFC"). Plaintiff and FFFC, by and through their respective counsel of record herein, agree and stipulate as follows:

  A.   On or about August 13, 2009 FFFC requested of Plaintiff an extension of time to respond to the Complaint until and including September 18, 2009.

1

STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

B. On or about August 13, 2009, Plaintiff's counsel agreed to extend FFFC's time to respond to the Complaint until and including September 18, 2009.

C. No previous extensions of time have been given to FFFC in this matter.

D. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that FFFC has until and including September 18, 2009 to respond to Plaintiff's Complaint.

DATED: August 14, 2009                    WOLFE & WYMAN LLP


By:_____
   STUART B. WOLFE
   NATILEE S. RIEDMAN
Attorneys for Defendant
**FIRST FRANKLIN FINANCIAL CORPORATION**

DATED: _____, 2009              LAW OFFICES OF JONATHAN G. STEIN


By:_____
   PHILIP E. CAREY
Attorney for Plaintiff
**KIMBERLY THOMAS**

///
///
///
///
///
///
///
///
///

2
**STIPULATION TO EXTEND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that defendant First Franklin Financial Corporation shall have including and until September 18, 2009 to respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED.

Dated:  August 19, 2009                                 /s/ John A. Mendez
                                                                         UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com