Stuart B. Wolfe (SBN 156471)
Megan E. Gruber (SBN 246122)
nsriedman@wolfewyman.com
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING CO., FIRST FRANKLIN, a division of NATION CITY BANK, NDEX WEST LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DRAKE MORTGAGE, MICHAEL D. DRAKE and DOES 1-20 inclusive,<br><br>  Defendants. | Case No. 2:09-CV-01939-JAM-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiff KIMBERLY THOMAS (hereinafter "Plaintiff") and Defendant FIRST FRANKLIN FINANCIAL CORPORATION (erroneously sued as "First Franklin, a division of Nation City Bank") (hereinafter "FFFC"). Plaintiff and FFFC, by and through their respective counsel of record herein, agree and stipulate as follows:

A. On or about September 11, 2009, FFFC requested of Plaintiff an extension of time to respond to the Complaint until and including October 5, 2009.

1

STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

B. On or about September 15, 2009, Plaintiff's counsel agreed to extend FFFC's time to respond to the Complaint until and including October 5, 2009.

C. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that FFFC has until and including October 5, 2009 to respond to Plaintiff's Complaint.

DATED: September    , 2009                              WOLFE & WYMAN LLP

By:_____
     STUART B. WOLFE
     MEGAN E. GRUBER
     Attorneys for Defendant
     **FIRST FRANKLIN FINANCIAL CORPORATION**

DATED: _____, 2009                              LAW OFFICES OF JONATHAN G. STEIN

By:_____
     PHILIP E. CAREY
     Attorney for Plaintiff
     **KIMBERLY THOMAS**

///
///
///
///
///
///
///
///

2
**STIPULATION TO EXTEND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that defendant First Franklin Financial Corporation shall have including and until October 5, 2009 to respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED.


Dated: _September 28, 2009_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3

**STIPULATION TO EXTEND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com